# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 24-1630

**Short Case Caption:** WAG Acquisition, LLC v. Google LLC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's [Manage My Account](#). Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Appellee, Google LLC

| | |
|---|---|
| **Principal Counsel:** Eamonn Gardner | Admission Date: 12/21/2009 |
| Firm/Agency/Org.: Cooley LLP | |
| Address: 1144 15th Street, Suite 2300, Denver, CO 80202 | |
| Phone: 858-550-6086 | Email: egardner@cooley.com |
| **Other Counsel:** Heidi Lyn Keefe | Admission Date: 9/1/1998 |
| Firm/Agency/Org.: Cooley LLP | |
| Address: 3175 Hanover Street, Palo Alto, CA 94303 | |
| Phone: 650-843-5001 | Email: hkeefe@cooley.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: April 12, 2024

Signature: /s/Eamonn Gardner

Name: Eamonn Gardner

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Orion Armon | Admission Date: 7/15/2004 |
|---|---|
| Firm/Agency/Org.: Cooley LLP ||
| Address: 1144 15th Street, Suite 2300, Denver CO 80202 ||
| Phone: 720-566-4119 | Email: oarmon@cooley.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |