FORM 26. Docketing Statement                                Form 26 (p. 1)
                                                            July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 24-1630

**Short Case Caption:** WAG Acquisition, LLC vs. Google LLC

**Filing Party/Entity:** Appellee Google LLC

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Patent Trial and Appeal Bd. | IPR2022-01411 | Inter Partes Review |

**Relief sought on appeal:** ☐ None/Not Applicable

Affirmance of the Patent Trial and Appeal Board decision finding Claims 1-17 of U.S. Patent No. 9,729,594 B2 are unpatentable.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Claims 1-17 of the U.S. Patent No. 9,729.594 B2 are unpatentable.

**Briefly describe the judgment/order appealed from:**

Final Written Decision in IPR2022-01411.

**Nature of judgment (select one):**        **Date of judgment:** 2/27/24

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

Issues to be raised on appeal:  ☐ None/Not Applicable

Whether Claims 1-17 of the U.S. Patent No. 9,729,594 are unpatentable.

Have there been discussions with other parties relating to settlement of this case?
☑ Yes   ☐ No

If "yes," when were the last such discussions?
- ☐ Before the case was filed below
- ☑ During the pendency of the case below
- ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☑ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation?  ☐ Yes   ☑ No

Explain.

Google LLC does not believe mediation would be productive at this time.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

N/A

Date: April 12, 2024          Signature: /s/ Eamonn Gardner
                              Name: Eamonn Gardner

Save for Filing