# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 24-1630

**Short Case Caption** WAG Acquisition LLC v. Google LLC

**Filing Party/Entity** Appellee Google LLC

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

WAG Acquisition, L.L.C. v. Google LLC, et al, No. 3:22-cv-05772-JD (USDC - N.D. Cal.)

WAG Acquisition, L.L.C. v. The Walt Disney Company, No. 2:21-cv-08230 (USDC - C.D. Cal.)

WAG Acquisition, L.L.C. v. Hulu LLC, No. 2:21-cv-08242 (USDC - C.D. Cal.)

WAG Acquisition, L.L.C. v. Netflix, Inc., No. 3:22-cv-05003 (USDC - N.D. Cal.)

WAG Acquisition, L.L.C. v. Amazon.com Inc., No. 2:22-cv-01424 (USDC - W.D. WA)

The Walt Disney Company, et al. v. WAG Acquisition LLC (PTAB - IPR2022-01346)

The Walt Disney Company, et al. v. WAG Acquisition LLC (PTAB - IPR2023-00813)

☐　Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Google LLC; YouTube, LLC; WAG Acquisition LLC; The Walt Disney Company; Disney Streaming Services LLC; Hulu LLC; Netflix, Inc.; Amazon.com, Inc.; Amazon Web Services, Inc.; Amazon.com Services LLC

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> Please see attachment.

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: April 12, 2024

Signature: /s/ Eamonn Gardner

Name: Eamonn Gardner

# ATTACHMENT

## NOTICE OF RELATED CASE INFORMATION
Additional Page

**3. Names of all law firms, partners, and associates in the cases listed above.**

COOLEY LLP:  Eamonn Gardner, Orion Armon, Heidi Keefe, Reuben Chen, Naina Soni, Joseph Drayton (former employee), Sravan Tumuluri (former employee)

DLA PIPER LLP:  Larissa S. Bifano, Anand Mohan, Thomas Fuller, Jennifer Nall, John C. Williams, Michael D. Jay, Nandan R. Padmanabhan

DISNEY.COM:  Erin Greenfield Mehta

MANGUM RIRIE LLP:  Rustin K. Mangum, Spencer W. Ririe

LISTON ABRAMSON LLP:  Ronald Abramson, M. Michael Lewis, Ari J. Jaffess, Gina K. Kim, David G. Liston, Alex G. Patchen, Mord Michael Lewis

FENWICK & WEST LLP:  J. David Hadden, Saina Shamilov, Brian M. Hoffman, Johnathan Chai, Jeffrey A. Ware, Christopher Lavin, Dargaye Churnet, Donna Long, Jae Woo Park, Ravi Ranganath

McNAUL EBEL et al.:  Anna F. Carnar, James G. Diehl

HILL FARRER BURRILL LLP:  William A. White

HALEY & OLSON PC:  Brandon Rhodes Oates

VENABLE LLP:  Frank M. Gasparo, Jongchan Daniel Kang, Ralph A. Dengler, Sarah S. Brooks, Andrew MacArthur, Becky E. Steephenson

GILLAM & SMITH LLP:  James Travis Underwood, Melissa Richards Smith

WINSTON & STRAWN:  Barry Kenneth Shelton

THE DACUS FIRM PC:  Deron R. Dacus