NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**WAG ACQUISITION, LLC,**
*Appellant*

v.

**GOOGLE LLC, THE WALT DISNEY COMPANY, DISNEY STREAMING SERVICES LLC, HULU, LLC, NETFLIX, INC.,**
*Appellees*

2024-1630

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-01411 and IPR2023-00813.

**ON MOTION**

**O R D E R**

Upon consideration of WAG Acquisition, LLC's unopposed motion for a 60-day extension of time, until January 24, 2025, to file its reply brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions of time for the reply brief should be anticipated.

FOR THE COURT

November 14, 2024
Date

Frances M. McNulty
Chief Deputy Clerk of Court